AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SERVANDO GALEANO MENDOZA, ANGEL SANCHEZ, DENIS J. GABRIE, and MARIO PONCE,<br><br>*Plaintiff(s)*<br><br>v.<br><br>LUIS GONZALEZ, COYOTE CONSTRUCTION CORP., and JOHN DOES 1-5,<br><br>*Defendant(s)* | Civil Action No. 1:16-4763 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Luis Gonzales
    265 56th Street, Apt. 1-R
    Brooklyn, NY 11220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 08/25/2016      *s/Priscilla Bowens*
                                       *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE



*283008*

Index no :1:16-CV-04763-WFK-RLM
Date Index Number Purchased: 08/25/2016

| Plaintiff(s): | SERVANDO GALEANO MENDOZA, ANGEL SANCHEZ, DENIS J. GABRIE, AND MARIO PONCE |
|---|---|
| Defendant(s): | LUIS GONZALEZ, ET AL., |

STATE OF NEW YORK
COUNTY OF NASSAU          ss.:

DAVID FELDMAN, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On 09/17/2016 at 8:22 AM, I served the within SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, INDIVIDUAL MOTION PRACTICES AND RULES OF JUDGE WILLIAM F. KUNTZ, II., AND INDIVIDUAL MOTION PRACTICES AND RULES OF MAGISTRATE JUDGE MANN on LUIS GONZALES at 265 56TH STREET, APT. 1-R, BROOKLYN, NY 11220 in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said Defendant(s) personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Defendant(s) and the person responding that he or she is in fact the person named in this action as the Defendant(s).

A description of the Defendant(s), or other person served on behalf of the Defendant(s) is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Light Brown | Black | 40-49 | 5ft8In-5ft11In | 175 - 199 lbs |
| Other Features: glasses | | | | | |

Your deponent asked the above mentioned Defendant(s) whether he or she was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Defendant(s) is not active in the military service.

Sworn to and subscribed before me on
9-30-16

Notary Public,

DIANE LAURELLI
Notary Public, State of New York
No. 01LA6327120
Qualified in Nassau County
Commission Expires June 29, 2019

X_____
DAVID FELDMAN
License#: 1281412
ACCU-SERVE PROCESS SERVICE LTD
1600 STEWART AVENUE SUITE 308
WESTBURY , NY 11590
516-565-2228

PRO SE

,

Atty File#: